UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREA RILEY : | |
| : | |
| Plaintiff : | |
| vs. : | |
| : | |
| WASHINGTON HOSPITAL CENTER, : | |
| CORPORATION : | CASE NO. 1:05 CV 01444   HHK |
| : | |
| Defendant : | |

**DEFENDANT WASHINGTON HOSPITAL CENTER, CORPORATION'S <u>CONSENT</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Washington Hospital Center, Corporation ("WHCC") by and through its counsel, Rubin & Rubin, P.C. and Lawrence E. Rubin, respectfully moves this Court for entry of an Order extending the time for WHCC to respond to Plaintiff Andrea Riley's ("Riley") Complaint and as grounds therefore respectfully states:

1. That Plaintiff Riley served the Complaint and Summons in this case on C. T. Corporation System resident agent for WHCC in the District of Columbia via certified mail on August 17, 2005.  The time for WHCC to respond to the Complaint has not expired and this Consent Motion is timely.

2. That WHCC retained the undersigned counsel to represent it before this Court on August 31, 2005.  A Notice Of Entry Of Appearance Of Counsel is being filed simultaneously with this Motion.  Counsel for the Defendant had longstanding plans to be out of the office over the Labor Day Weekend from September 2, 2005 through September 6, 2005, and will not be available to meet with representatives of Defendant WHCC until after September 6, 2005.

3. That counsel for the Defendant will need additional time to obtain and review

WHCC's files, complete his investigation and prepare a response to the Complaint.

    4.  Pursuant to Local Rule 7.1(m) this is to certify that on September 1, 2005 the undersigned counsel telephoned counsel for Plaintiff Riley, Michael L. Avery, Sr., Esquire, to discuss the possible need for an extension of time for WHCC to respond.  Defendant's Counsel was advised that Mr. Avery was out of the office, to return on Tuesday, September 6, 2005.  Defendant's Counsel left a voicemail message for Mr. Avery stating the nature of his telephone call and asking for a return call on September 6, 2005.  A copy of the herein Motion, Statement of Points and Authorities and proposed Consent Order were delivered to Mr. Avery via facsimile to 202/393-3633 on Monday, September 5, 2005 for his review and consent.  On September 6, 2005 Mr. Avery telephoned Defendant's counsel and authorized the undersigned counsel to represent to the Court that he has reviewed and consents to the herein Motion.

    WHEREFORE, for the foregoing reasons Defendant Washington Hospital Center, Corporation respectfully requests entry of the attached Consent Order extending the time to respond to Plaintiff Andrea Riley's Complaint to on or before September 20, 2005.

    Respectfully submitted,

    **RUBIN & RUBIN, P.C.**
    Counsel for Defendant Washington Hospital
    Center, Corporation

By: _____
    Lawrence E. Rubin, #27441
    8404 Georgia Avenue
    Silver Spring, MD 20910-4465
    Tel. (301) 585-3822
    Fax (301) 588-8406
    E-mail: lawrencerubin@hotmail.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Motion, Statement of Points and Authorities and proposed Order was sent via first class mail, postage prepaid this **6th** day of **September, 2005** to the following counsel of record:

Michael L. Avery, Sr., Esquire
Avery & Associates
1331 H Street, N.W.
Suite 902
Washington, D.C. 20005

Counsel for Plaintiff Andrea Riley

                                                  Lawrence E. Rubin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDREA RILEY**              Plaintiff <br><br> vs. <br><br> **WASHINGTON HOSPITAL CENTER, CORPORATION** <br><br>              Defendant | : <br> : <br> : <br> : <br> : <br> : <br> :     CASE NO. 1:05 CV 01444   HHK <br> : <br> : |

**DEFENDANT WASHINGTON HOSPITAL CENTER, CORPORATION'S STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF ITS <u>CONSENT</u> MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

1. Rule 6, FRCP

2. Rule 7, FRCP

3. Local Civil Rule 7.1

4. The complete record herein.

                                                 Respectfully submitted,

                                                 **RUBIN & RUBIN, P.C.**
                                                 Counsel for Defendant Washington Hospital Center, Corporation

By: _____
        Lawrence E. Rubin, D.C. Bar #27441