## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANDREA RILEY** | : | |
| Plaintiff | : | |
| vs. | : | |
| **WASHINGTON HOSPITAL CENTER, CORPORATION** | : | CASE NO. 1:05 CV 01444   HHK |
| Defendant | : | |

### O R D E R

Upon consideration of the Consent Motion To Extend The Time To Respond To The Complaint filed herein by Defendant Washington Hospital Center, Corporation., and the consent of Plaintiff Andrea Riley having been given, it is by the United States District Court for the District of Columbia this ____ day of _____ , 2005,

**ORDERED**, that the Motion To Extend the Time To Respond To The Complaint filed by Defendant Washington Hospital Center, Corporation be, and the same hereby is, GRANTED; and it is

**FURTHER ORDERED**, that Defendant Washington Hospital Center, Corporation shall respond to Plaintiff Andrea Riley's Complaint on or before September 20, 2005.

_____
Henry H. Kennedy, District Judge
United States District Court for the District of Columbia

Case No. 1:05 CV 01444  HHK
Order
Page 2 of 2

Copies to:

Lawrence E. Rubin
**RUBIN & RUBIN, P.C.**
8404 Georgia Avenue
Silver Spring, MD 20910-4465

Counsel for Defendant Washington Hospital Center, Corporation

Michael L. Avery, Sr., Esquire
Avery & Associates
1331 H Street, N.W.
Suite 902
Washington, D.C.  20005

Counsel for Plaintiff Andrea Riley