UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANDREA RILEY** | : | |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| **WASHINGTON HOSPITAL CENTER, CORPORATION** | : | **CASE NO. 1:05 CV 01444   HHK** |
| | : | |
| Defendant | : | |

## NOTICE OF ENTRY OF APPEARANCE OF LAWRENCE E. RUBIN AS COUNSEL FOR DEFENDANT WASHINGTON HOSPITAL CENTER, CORPORATION

TO THE CIVIL CLERK:

PLEASE enter the appearance of Rubin & Rubin, P.C. and Lawrence E. Rubin, D. C. Bar No. 27441, at the below-listed address and phone, as counsel for Defendant Washington Hospital Center, Corporation in this civil action.  Thank you.

>Lawrence E. Rubin
>8404 Georgia Avenue
>Silver Spring, MD 20910-4465
>Tel. (301) 585-3822
>Fax (301) 588-8406
>E-mail: lawrencerubin@hotmail.com.

>Respectfully submitted,
>
>**RUBIN & RUBIN, P.C.**
>Counsel for Washington Hospital Center Corporation

By: _____
>Lawrence E. Rubin, #27441
>8404 Georgia Avenue
>Silver Spring, MD 20910-4465
>Tel. (301) 585-3822
>Fax (301) 588-8406

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent via first class mail postage prepaid, this **6th** day of **September**, **2005** to the following counsel of record:

Michael L. Avery, Sr., Esquire
Avery & Associates
1331 H Street, N.W.
Suite 902
Washington, D.C.  20005

Counsel for Plaintiff Andrea Riley

                                            Lawrence E. Rubin