IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

**ANDREA RILEY**

      Plaintiff

v.                                   Case Number 1:05CV01444
                                     Judge Kennedy

**WASHINGTON HOSPITAL CENTER CORPORATION**

      Defendant

**AFFIDAVIT OF SERVICE**

**DISTRICT OF COLUMBIA}:ss**

I, Adam Katzen, age 27, hereby depose and state that I served Defendant Washington Hospital Center Corporation, in the above captioned case, with a copy of the Summons, Complaint, and Initial Order, to their Registered Agent, CT Corporation, 1015 15th Street, N.W., Suite 1000, Washington, D.C. 20005, via Certified Mail, Return Receipt Requested, and that it was delivered and signed for.

The Return Receipt is attached hereto.

                                            Respectfully Submitted,

                                            Adam B. Katzen

SUBSCRIBED AND SWORN TO before me this 19th day of September, 2005.

                                            NOTARY PUBLIC

My Commission Expires:

Karla A. Carrillo
Notary Public, District of Columbia
My Commission Expires 07-14-2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CT Corporation System
    1015 15th St, N.W.
    Suite 1000
    Washington, D.C. 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )   Ed. D. Thomas

C. Date of Delivery   8-17-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 3110 0002 8724 8891

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540