## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**ANDREA RILEY**

    **Plaintiff**                        **Case No. 1:05 CV 01444 HHK**

**WASHINGTON HOSPITAL CENTER,
CORPORATION**

    **Defendant**

### ANSWER OF COUNTER-DEFENDANT, ANDREA RILEY

**COMES NOW** the Counter-Defendant, Andrea Riley, by and through counsel, and as his Answer to the Counter Claim, states as follows:

1.     The Counterclaim fails to state a claim against the Counter-Defendant upon which relief can be granted.

2.     The Counter-Defendant admits the allegation as alleged in paragraph 1 of the counterclaim.

3.     The Counter-Defendant admits the allegations in paragraph 2 of the counterclaim.

4.     The Counter-Defendant admits the allegations in paragraph 3 of the counterclaim.

5.     The Counter-Defendant admits the allegations in paragraph 4 of the counterclaim.

6.     The Counter-Defendant admits the allegations in paragraph 5 of the counterclaim.

7.     The Counter-Defendant is without specific knowledge to admit or deny the allegations in paragraph 6 of the counterclaim.

8.     The Counter-Defendant denies that a balance is owed Defendant as alleged in paragraph 7 of the counterclaim.

9.     The Counter-Defendant is without specific knowledge to admit or deny the allegations in paragraph 8 of the counterclaim.

10.    The Counter-Defendant admits the allegations in paragraph 9 of the counterclaim.

11.    The Counter-Defendant admits the allegations in paragraph 10 of the counterclaim.

12.    The Counter-Defendant is without specific knowledge to admit or deny the allegations in paragraph 12 of Count I of the counterclaim.

13.    The Counter-Defendant denies the allegations in paragraph 13 of Count I of the counterclaim.

14.    The Counter-Defendant denies the allegations in paragraph 14 of Count I of the counterclaim.

15.    The Counter-Defendant denies the allegations in paragraph 16 of Count II of the counterclaim.

18.    The Counter-Defendant denies the allegations in paragraphs 18, 19, 20 and 21 of Count III of the counterclaim.

19.    All allegations in the Counterclaim not specifically admitted hereunto shall be deemed to be denied by this Counter-Defendant with a corresponding demand for strict proof thereof.

**WHEREFORE**, in light of the foregoing, the Counter-Defendant, Andrea Riley, respectfully requests dismissal with prejudice of the Counterclaim and such further relief as the Court deems just and proper.

Respectfully submitted,

Michael L. Avery, Sr., #447083
1331 H Street, N.W.
Suite 902
Washington, D.C. 20005
(202) 393-4600
Counsel for Plaintiff/Counter-Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 6th day of October, 2005, a copy of the foregoing Answer of Counter-Defendant, Andrea Riley was mailed, postage prepaid, to:

Lawrence E. Rubin, Esquire
8404 Georgia Avenue
Silver Spring, MD 20910-4465

Michael L. Avery, Sr., Esquire