**Bernstein & Bernstein**
2610 University Boulevard West  Wheaton, MD 20902
301-593-8700

UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA
~~DISTRICT COURT OF MARYLAND FOR~~
~~XXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

Case No. 1:05CV01444 HHK

Trial Date

| | | |
|---|---|---|
| Andrea Riley, Plaintiff | VS. | Willse & Associates, Inc. d/b/a ~~XXXXXX~~ |
| Washington Hospital Center, Third Party Plaintiff | | National Claims Administrative Services    Defendant(s) |
| Plaintiff(s) | | Serve: R/A John A. Picciotto |

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon __R/A John A. Picciotto-served personally__

   Description: Race __cauc__ Sex __male__ Hgt __5'9"__ Wgt __175__ Approx. Age __55__

   On the __1st__ day of __November, 2005__, ~~2004~~ at __10:10__ AM/~~PM~~

   At __10455 Mill Run Circle, Owings Mills, Maryland__

By delivering and leaving with the person served a copy of each of the following:

☐ The writ of summons issued in the above case
☐ Statement of claims and all supporting papers
XXX Other    Summons and Third-Party Complaint

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
Ken Margolis

Notice to Court: Should any additional information be needed please contact our office at the phone number listed above.