## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  11/1/2005    10:10 AM |
|---|---|
| NAME OF SERVER  Ken Margolis | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

XXX Served personally upon the third-party defendant. Place where served: ___10455 Mill Run Circle  Owings Mills,___
___R/A John A. Picciotto___ ___Maryland___

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/.1/2005___    _Signature of Server_ Ken Margolis
Date

2610 University Blvd. Wheaton, Maryland
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.