# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Affidavit of Service was mailed via first class mail, postage prepaid this **3rd** day of **November, 2005** to

Michael L. Avery, Sr., Esquire
Avery & Associates
1331 H Street, N.W., Suite 902
Washington, D.C. 20005
Counsel for Plaintiff Andrea Riley

Willse & Associates, Inc., d/b/a
National Claims Administrative Services
c/o   Resident Agent
      John A. Picciotto
      10455 Mill Run Circle
      Owings Mills, MD 21117

　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence E. Rubin
　　　　　　　　　　　　　　　　　　　　　　Lawrence E. Rubin
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant & Third-Party
　　　　　　　　　　　　　　　　　　　　　　Plaintiff Washington Hospital Center
　　　　　　　　　　　　　　　　　　　　　　Corporation