UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ANDREA RILEY

    Plaintiff

          v.                    CASE NO:  1:05 CV 01444 HHK

WASHINGTON HOSPITAL CENTER
 CORPORATION

    Defendant and Third Party Plaintiff

          v.

WILLSE & ASSOCIATES, INC., d/b/a NCAS

    Third Party Defendant

### MOTION TO STAY AND ORDER ARBITRATION OF THIRD PARTY DEFENDANT WILLSE & ASSOCIATES, INC. d/b/a NATIONAL CLAIMS ADMINISTRATIVE SERVICES (NCAS)

Comes now Third Party Defendant Willse and Associates, Inc. d/b/a National Claims Administrative Services (hereinafter "NCAS") and moves the court to stay litigation concerning the third party complaint against it because NCAS and Third Party Plaintiff, Washington Hospital Center Corporation (WHCC), have a binding, enforceable arbitration agreement, as is more fully set forth in NCAS' Memorandum in support of this motion.  NCAS further moves the court to order arbitration between the Third Party Plaintiff and NCAS.

Respectfully submitted,


/s/ Charles J. Steele
Charles J. Steele
Litigation General Counsel
Willse and Associates
840 1st Street, N.E.
Washington, D.C. 20065
Telephone: (202) 680-7457
Facsimile:  (202) 680-7620
Attorney for Third Party Defendant

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of this Motion was filed electronically and mailed this 11th day of January, 2006 to:

Michael L. Avery, Sr., Esquire
Avery & Associates
1331 H Street, N.W., Suite 902
Washington, D.C.  20005
Telephone: 202-393-4600
Fax: 202-393-3633
Plaintiff's Attorney

Lawrence E. Rubin, Esquire
Rubin & Rubin, P.C.
8404 Georgia Avenue
Silver Spring, MD  20910
Telephone: 301-585-3822
Fax: 301-588-8406
Defendant and Third-Party Plaintiff's Attorney

                                                /s/ Charles J. Steele
                                                Charles J. Steele