UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ANDREA RILEY

    Plaintiff

        v.                        CASE NO:  1:05 CV 01444 HHK

WASHINGTON HOSPITAL CENTER
 CORPORATION

    Defendant and Third Party Plaintiff

        v.

WILLSE & ASSOCIATES, INC., d/b/a NCAS

    Third Party Defendant

## ORDER GRANTING MOTION TO STAY OF THIRD PARTY DEFENDANT WILLSE & ASSOCIATES, INC. d/b/a NATIONAL CLAIMS ADMINISTRATIVE SERVICES (NCAS) AND ORDERING ARBITRATION

Third Party Defendant, having filed a motion to stay the instant litigation between itself and the Third Party Plaintiff and order arbitration, and it appearing to the court that the motion is well founded, it is by the court this ____ day of January 2006 ORDERED that the motion is granted, the matter concerning the Third Party Plaintiff and Third Party Defendant is stayed in this court, and the Third Party Plaintiff and Third Party Defendant are ordered to arbitrate.

                                                          _____
                                                          Judge Henry H. Kennedy, Jr.