## APPENDIX A-PAR/H

## PARTICIPATING PROVIDER NETWORK

In signing this Appendix A-PAR/H to the Master Hospital Participation Agreement to which it is attached, Hospital agrees to provide services to eligible Members in accordance with the terms and conditions set forth below.

**I.  NETWORK OVERVIEW**

By virtue of Hospital's participation in Corporation's Participating Provider Network, Hospital agrees to accept certain allowances as payment in full for Medically Necessary Covered Services furnished to Members and to file claims for such services directly with Corporation. By signing this agreement, Hospital agrees to provide services in accordance with the terms and conditions stated below, as well as those applicable to each Member's Health Benefit Plan.

In the event of a conflict between the language of the Master Agreement and this Appendix with respect to Hospital's participation in the Participating Provider Network, the language in this Appendix will prevail.

**II.  PROVISION OF SERVICES**

2.1  **COVERED SERVICES** - Hospital shall provide Medically Necessary Covered Services to Members for which the Hospital is qualified and which qualify for payment under the terms of the Member's Health Benefit Plan as described in the applicable Evidence of Coverage or policy, including any amendments thereto. These services may include, but are not limited to:

- Room and Board
- Anesthesia
- Laboratory
- Radiology
- Emergency Room
- Labor and Delivery Room
- Nursery
- Pharmacy
- Pathology
- Nuclear Medicine
- Operating Room
- Physical Therapy
- Occupational Therapy
- Speech-Language Pathology
- Pulmonary Services
- Outpatient Services
- Ambulatory Surgical Services
- Recovery Room Services
- EKG
- EEG
- Procedure Rooms

2.2 **UTILIZATION MANAGEMENT/PRE-CERTIFICATION** - Hospital agrees to obtain necessary preadmission and/or preauthorization certification five (5) business days prior to an elective or scheduled admission to Hospital and within forty-eight (48) hours following an emergency admission. Hospital agrees to fully cooperate and comply with Corporation's case management, utilization management and quality improvement policies and programs in accordance with each Member's Health Benefit Plan.

2.3 **QUALITY MANAGEMENT** - Provider agrees to fully cooperate and comply with Corporation's Quality Assurance policies and programs.

2.4 **REFERALS TO OTHER PROVIDERS** - Hospital agrees that if the services of another health care facility or provider are required for a Member, Hospital will assure that the other health care facility and/or provider participates in Corporation's Participating Provider Network.

## III. COMPENSATION

3.1 **SOURCE OF PAYMENT** - Hospital shall be compensated for services furnished to Members in accordance with the compensation arrangements described below for Hospitals participating in Corporation's Participating Provider Network.

3.2 **BILLING** - Hospital agrees to submit bills in UB-92 format for Covered Services in accordance with Section 3.3 of the Master Hospital Participation Agreement.

3.3 **BASIS OF PAYMENT** - As stated in the Master Hospital Participation Agreement, payments by Corporation to Hospital will be determined in accordance with Appendix B of this Agreement.

## IV. ADDITIONAL TERMS AND CONDITIONS OF PARTICIPATION

4.1 **COMPENSATION FOR REFERRALS** - Hospital agrees not to accept any compensation in return for referring any Member to a provider for the furnishing of any item or service payable by Corporation. Hospital also agrees to refer Members to providers in accordance with applicable state law and the laws and regulations of the Medicare program.

APPENDIX A-SP/H

SELECT PREFERRED PROVIDER NETWORK

In signing this Appendix A-SP/H to the Master Hospital Participation Agreement to which it is attached, Hospital agrees to provide services to eligible Members in accordance with the terms and conditions set forth below.

I. **NETWORK OVERVIEW**

In order to qualify for participation in the Select Preferred Provider Network, Hospital must be a participant in the Participating Provider Network. By virtue of Hospital's agreement to participate in Corporation's Select Preferred Provider Network, Hospital agrees to accept certain allowances as payment in full for Medically Necessary Covered Services furnished to Members with Health Benefit Plans that rely on the Select Preferred Provider network of providers for the provision of such services. Hospital agrees to provide services in accordance with the terms and conditions stated below, as well as those applicable to each Member's Health Benefit Plan.

In the event of a conflict between the language of the Master Agreement and this Appendix with respect Hospital's participation in the Select Preferred Provider Network, the language in this Appendix will prevail.

II. **PROVISION OF SERVICES**

2.1 **COVERED SERVICES** - Hospital will provide Medically Necessary Covered Services to Members for which the Hospital is qualified and which qualify for payment under the terms of the Member's Health Benefit Plan, as described in the applicable Evidence of Coverage or policy, including any amendments thereto. These services may include, but are not limited to:

- Room and Board
- Anesthesia
- Laboratory
- Radiology
- Emergency Room
- Labor and Delivery Room
- Nursery
- Pharmacy
- Pathology
- Nuclear Medicine
- Operating Room
- Physical Therapy
- Occupational Therapy
- Speech-Language Pathology
- Pulmonary Services
- Outpatient Services
- Ambulatory Surgical Services
- Recovery Room Services

Form 95-H/ 2002

- EKG
- EEG
- Procedure Rooms

2.2   **UTILIZATION MANAGEMENT/PRE-CERTIFICATION** - Hospital agrees to obtain necessary preadmission and or preauthorization certification five (5) business days prior to an elective or scheduled admission to Hospital and within forty-eight (48) hours following an emergency admission. Hospital agrees to fully cooperate and comply with Corporation's case management, utilization management and quality improvement policies and programs in accordance with each Member's Health Benefit Plan.

2.3   **QUALITY MANAGEMENT** – Provider agrees to fully cooperate and comply with Corporation's Quality Assurance policies and programs.

2.4   **REFERALS TO OTHER PROVIDERS** - Hospital agrees that if the services of another health care facility or provider are required for a Member, Hospital will assure that the other health care facility and/or provider participates in Corporation's Select Preferred Provider Network.

III.   **COMPENSATION**

3.1   **SOURCE OF PAYMENT** - Hospital will be compensated for services furnished to Members in accordance with the compensation arrangements described below for Hospital participating in Corporation's Select Preferred Provider Network.

3.2   **BILLING** - Hospital agrees to submit bills in UB-92 format for Covered Services in accordance with Section 3.3 of the Master Hospital Participation Agreement.

3.3   **BASIS OF PAYMENT** - As stated in the Master Hospital Participation Agreement, payments by Corporation to Hospital will be determined in accordance with Appendix B of this Agreement.

IV.   **ADDITIONAL TERMS AND CONDITIONS OF PARTICIPATION**

4.1   **COMPENSATION FOR REFERRALS** - Hospital agrees not to accept any compensation in return for referring any Member to a provider for the furnishing of any item or service payable by Corporation. Hospital also agrees to refer Members to providers in accordance with applicable state law and the laws and regulations of the Medicare program.

4.2   **MEDICAL STAFF PARTICIPATION** - Hospital understands and agrees that its participation in Corporation's Select Preferred Provider Network is contingent upon the full participation in same of all physicians on its medical staff. Accordingly, Hospital will cooperate with Corporation in securing such participation.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be signed by their duly authorized representatives on the same date and year as set out in the Master Hospital Participation Agreement, of which this Agreement is an integral part.

| PARTICIPATING HOSPITAL | GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. |
|---|---|
| By: _____ | By: __M. Bruce Edwards_____ |
| Title: _____ | Title: __Vice President, Network Management__ |
| Signature: *Erin K. Wagner* (signed) | Signature: *M Bruce Edwards* (signed) |
| Date: 1-22-04 | Date: 1/22/04 |

SP/H
Page 3 of 3

APPENDIX A-CAP/H

CAREFIRST BLUECHOICE PARTICIPATING PROVIDER NETWORK

In signing this Appendix A-CAP/H to the Master Hospital Participation Agreement to which it is attached, Hospital agrees to provide services to eligible Members in accordance with the terms and conditions set forth below.

I.  **NETWORK OVERVIEW**

BlueChoice Participating Providers are the in-network providers for Members enrolled in BlueChoice Health and Benefit Plans, including, but not limited to, BlueChoice, *BlueChoice Opt-Out Plus* and BlueChoice Opt-Out. As a participant in this Network, Hospital agrees to accept certain allowances as payment in full for covered services and to file claims, if necessary, for Members enrolled in BlueChoice Health Benefit Plans. Hospital further agrees to provide services according to the terms and conditions stated below, and the terms and conditions of each Member's Health Benefit Plan.

In the event of a conflict between the language of the Master Agreement and this Appendix with respect to Hospital's participation in the CareFirst BlueChoice Participating Provider Network, the language in this Appendix will prevail.

II.  **PROVISION OF SERVICES**

2.1  **COVERED SERVICES** - Hospital shall provide Medically Necessary Covered Services to Members for which the Hospital is qualified and which qualify for payment under the terms of the Member's Health Benefit Plan, as described in the applicable Evidence of Coverage or policy, including any amendments thereto. These services may include, but are not limited to:

- Room and Board
- Anesthesia
- Laboratory
- Radiology
- Emergency Room
- Labor and Delivery Room
- Nursery
- Pharmacy
- Pathology
- Nuclear Medicine
- Operating Room
- Physical Therapy
- Occupational Therapy
- Speech-Language Pathology
- Pulmonary Services
- Outpatient Services

- Ambulatory Surgical Services
- Recovery Room Services
- EKG
- EEG
- Procedure Rooms

2.2 **UTILIZATION MANAGEMENT AND SERVICE AUTHORIZATION PROCEDURES** - Hospital agrees to cooperate and comply with the requirements of Corporation's utilization management, case management and service authorization procedures.

Hospital agrees to comply with Corporation requirements to provide Medically Necessary Covered Services to Members in accordance with the utilization management requirements of Corporation Programs. Corporation may deny payment to Hospital for services, including Covered Services, which may be deemed not Medically Necessary, as defined in this Agreement. Hospital may not bill Members for non-Covered Services except as provided in the Agreement.

2.3 **QUALITY MANAGEMENT** - Provider agrees to fully cooperate and comply with Corporation's Quality Assurance policies and programs.

2.4 **REFERRALS TO OTHER PROVIDERS** - Hospital agrees that if the services of another health care facility or provider are required for a Member, Hospital will use its best efforts to ensure that the other health care facility and/or provider participates in the BlueChoice Participating Provider Network.

### III. COMPENSATION

3.1 **SOURCE OF PAYMENT** - Hospital shall be compensated for Medically Necessary Covered Services furnished to Members in accordance with the compensation arrangements described below for Hospitals participating in BlueChoice's Participating Provider Network.

3.2 **BILLING** - Hospital agrees to submit bills in UB-92 format for Covered Services in accordance with Section 3.3 of the Master Hospital Participation Agreement.

3.3 **BASIS OF PAYMENT** - Hospital will be paid on the basis of the payment amounts and methodologies specified in Appendix B of this Agreement.

### IV. ADDITIONAL TERMS AND CONDITIONS OF PARTICIPATION

4.1 **COMPENSATION FOR REFERRALS** - Hospital agrees not to accept any compensation in return for referring any Member to a provider for the furnishing of any item or service payable by Corporation. Hospital also agrees to refer Members to providers in accordance with applicable state law and the laws and regulations of the Medicare program.

Corporation in the investigation and resolution of Member complaints and grievances concerning services provided under this Agreement. Hospital will notify Corporation of substantive complaints received by Hospital from Members regarding Hospital or CapitalCare or concerning any services rendered under this Agreement. If Corporation determines that Hospital has erroneously charged a Member, Hospital will refund all such amounts to the Member within fifteen (15) days of Corporation's request. If not paid, Corporation is hereby authorized to withhold the amount due from subsequent payments to Hospital or to obtain payment directly from Hospital, at Corporation's option.

4.3  **MEDICAL STAFF PARTICIPATION** - Hospital understands and agrees that its participation in the BlueChoice Participating Provider Network is contingent upon the full participation of all hospital-based physicians on its medical staff. Accordingly, Hospital will cooperate with Corporation in securing such participation.

4.4  **ELECTRONIC COMMUNICATIONS** - Effective January 1, 1997, all claims, inquiries and referrals must be submitted to Corporation electronically in order to maintain participation in the BlueChoice Participating Provider Network.

4.5  **TERMINATION WITHOUT CAUSE** - At any time, during or after the initial term of the Master Hospital Participation Agreement, either party may terminate Hospital's participation in the BlueChoice Participating Provider Network upon one hundred and twenty (120) days' prior written notice to the other party. This option may be exercised by either party "without cause" and does not require either party to establish or prove that there is cause for the termination or to disclose the basis of their decision to the other party.

IN WITNESS WHEREOF, the parties have caused this Agreement to be signed by their duly authorized representatives on the same date and year as set out in the Master Hospital Participation Agreement, of which this Agreement is an integral part.

**PARTICIPATING HOSPITAL**                **CAREFIRST BLUE CHOICE, INC.**

By: _____       By:  M. Bruce Edwards

Title: _____       Title: Vice President, Networks Management

Signature: _[signature]_                  Signature: _[signature]_

Date: 1-22-04                             Date: 1/22/04

# APPENDIX B

# PAYMENT RATES AND METHODOLOGIES

# (CY 2003 and CY 2004)

## A. PAYMENT METHODOLOGIES

CareFirst shall pay the Hospital for inpatient and outpatient Medically Necessary Covered Services on the basis of the Payment Methodologies specified in this Section A and the Payment Schedules that are presented in Section B. The payment amounts computed in accordance with these Payment Methodologies and Payment Schedules and due to the Hospital are inclusive of any applicable Member obligations (e.g., deductibles, copayments and coinsurance, etc.). Member coinsurance obligations shall be computed against the lesser of the payment amounts determined by application of these methodologies or the Hospital's billed charges. It shall be the responsibility of the Hospital to collect such Member obligations.

CareFirst will pay the Hospital within thirty (30) days after receipt of a properly completed UB-92 claim form or within such other time periods as may be permitted by the Agreement.

### 1. Inpatient Services

The Hospital shall be paid using a "Standard Base Rate" (SBR) for each of the Calendar Years (CYs) identified in Section B of this Appendix B in regard to each of the Provider Networks and corresponding Health Benefit Plans listed in that section.

Payments made using the SBR will cover all inpatient Medically Necessary Covered Services delivered to the Member during his or her stay at the Hospital plus all pre-admission tests related to the inpatient admission that are provided by the Hospital during the seventy-two hour period prior to the admission. The payment due to the Hospital for inpatient Medically Necessary Covered Services shall be the amount determined in accordance with methodologies described below.

All Members discharged by the Hospital shall be classified according to the rules and procedures specified for the Medicare DRG Grouper. Each Member who is discharged will be assigned to a "diagnosis related group" (DRG). CareFirst shall update its grouper on a regular basis to keep current with the grouper used by Medicare. Thus, CareFirst intends to use Medicare Grouper V. 20 for CY 2003 and Medicare Grouper V. 21 for CY 2004.

    a.   Standard Inpatient Cases

The payment due to the Hospital for "Standard" inpatient cases, which shall be defined as all cases that do not qualify as "Non-Standard" cases, as defined below, will be determined by multiplying the applicable "Standard Base Rate" (SBR) by the "DRG Case Weight" that is applicable to

1

Hospital: WHC                                    CareFirst
Initials: [signature]                            Initials: [signature]

the DRG to which the patient is assigned. The DRG Case Weights that will be applicable during CY 2003 will be those that accompany Medicare Grouper V. 20 and the DRG Case Weights that will be applicable during CY 2004 will be those that accompany Medicare Grouper V. 21; provided, however, that the weight applicable to DRG 391 (Normal Newborn) for BlueChoice will be equal to fifty percent (50%) of the otherwise applicable Medicare weight. The payment amount computed by the application of the DRG Case Weight to the SBR shall be referred to as the "Standard Payment Amount" (SPA). CareFirst shall be responsible for paying the SPA minus any applicable Member obligations.

b.    Non-Standard Inpatient Cases

The inpatient payment system specifies various types of non-standard inpatient discharges. These non-standard discharges, and the payment methodologies applicable to them, are presented below:

(1)    High Cost Outliers:   The Hospital and CareFirst have agreed to an alternative High Cost Outlier arrangement. For cases with charges equal to or greater than $100,000 for Medically Necessary Covered Services, the Hospital shall be entitled to receive the Standard Payment plus seventy-five percent (75%) of its charges for Medically Necessary Covered Services in excess of $100,000; provided, however, that the Corporation's total payment to the Hospital for any case reimbursed under the High Cost Outlier provision shall be limited to no more than fifty-seven percent (57%) of the Hospital's billed charges for such services. In no case shall the Hospital receive less than the Standard Payment Amount for High Cost Outlier patients.

(2)    Low Day Outliers:    The Low Day Outlier methodology is not applicable to the Hospital.

(3)    Transfers:    Transfers are Members who are transferred out of one acute Hospital to another acute general or pediatric Hospital for acute care services for medically appropriate reasons. The Hospital transferring the Member shall be paid on a per diem basis. The payment due to the Hospital, if it transfers a Member, will be equal to: (a) the SPA for the particular DRG divided by the Standard ALOS applicable to that DRG; (b) multiplied by the number of Medically Necessary days the patient remained at the Hospital; and (c) multiplied by the Transfer Per Diem Multiplier of 1.25; provided, however, that in no event will a transferring Hospital be paid more for a case than it would have been paid if it had not transferred the patient. Hospitals receiving transferred patients will be paid for such cases in the standard manner. It should be noted that DRG 385, which is defined as involving a transfer or a death, shall be paid on a per diem basis, rather than on a per case basis, according to the transfer payment methodology.

(4)    Per Diem Patients:    These are Members who are classified into selected normal newborn, psychiatric, substance abuse, rehabilitation DRGs who will be paid for on a per day basis. The Standard Per Diem Amount (SPDA) applicable to each of these patients will be determined by dividing the SPA by the Standard ALOS for the particular DRG to which the patient is assigned. The payment due to the Hospital for these patients will be

2

Hospital: WHC                                              CareFirst
Initials: _ErcJ_                                           Initials: _____

equal to the SPDA multiplied by the number of Medically Necessary days spent by the Member in the Hospital.

The DRGs that comprise this class of patients and for which payment will routinely be made on a per diem basis are the following: # 391, 424, 425, 426, 427, 428, 429, 430, 431, 432, 433, 462, 521, 522 and 523.

c.  Equivalent Percentage of Charges (POC) Payment for Inpatients

If CareFirst (or an affiliated entity that gains access to the Provider Networks covered by this Appendix B pursuant to Section 5.3 of the Hospital Participation Agreement) is unable to pay for inpatient Medically Necessary Covered Services on the basis of the above-specified payment methodologies, it shall be entitled to pay at an equivalent percentage of the Hospital's billed charges for such services. The equivalent inpatient percentages of charges (POC) rates that will apply to CareFirst's products are specified in Section B. These POC rates may be adjusted up or down at the request of either party-- with sufficient data supporting such an adjustment, on a prospective basis only and not more than once every six months-- as needed to more accurately produce equivalent payments.

**2. Outpatient Services**

All claims for outpatient services must be submitted on a properly completed UB-92 claim form including applicable revenue and CPT-4 codes. The Hospital will be paid for outpatient Medically Necessary Covered Services according to the following methods:

a.  Emergency Room

The payment amount due to the Hospital for Medically Necessary emergency room visits will be the ER Visit Fee provided in Section B of this Appendix. All ancillary services provided to the Member in conjunction with the ER Visit (e.g., lab tests, x-rays, observation, etc.) will be included in and covered by the ER Visit Fee.

b.  Clinic/Urgent Care (Revenue Codes 456 and 510-529)

The payment amount due to the Hospital for Medically Necessary clinic and urgent care visits will be the Clinic/Urgent Care Visit Fee specified in Section B. Additional payments will be made for any Medically Necessary ancillary services provided to the Member in conjunction with the Clinic/Urgent Care visit (e.g., lab tests, x-rays, observation, etc.). Such payments will be made at the applicable POC or fee schedule levels provided that the services are billed under the appropriate revenue code with the required CPT-4 code information.

c.  Ambulatory Surgery

The payment amounts due to the Hospital for ambulatory surgery services are stratified into the eight "ambulatory surgery categories" (ASCs) used by Medicare for freestanding ASC reimbursement. The payment amounts listed in Section B for the various ASCs shall constitute the full

3

Hospital: WHC          CareFirst
Initials: EKW          Initials: _____

payment amount due to the Hospital for such Ambulatory Surgery Services. If a Member receives more than one such ambulatory surgery service at the Hospital, the payment amount due the Hospital shall be equal to (a) one hundred per cent (100%) of the payment amount due the Hospital for the procedure that falls into the ASC with the highest payment rate; (b) plus fifty per cent (50%) of the payment amount that would otherwise apply to any additional outpatient surgery services received by the Member from the Hospital on that same day. The Hospital will be required to bill for these services using CPT-4 codes submitted on a UB-92 claim form or electronic equivalent.

The services that are included in and covered by the ASC payment amounts are the following: use of the Hospital facility; nursing services; drugs and biologicals that are not self-administered; primary surgical dressings, supplies, splints, casts, appliances and other equipment directly related to the surgical procedure(s); blood and blood plasma; anesthesia materials; diagnostic and therapeutic tests related to the surgical procedure; normal post-surgical observation services; and related administrative and other support services. The services that are not included in or covered by the ASC payment amounts and for which separate bills may be submitted by the appropriate provider are the following: physician services; sale, lease or rental of durable medical equipment (DME) for home use; prosthetic devices (including IOL implants); ambulance services; and laboratory, radiology or other diagnostic tests or procedures not directly related to the surgical procedure(s).

d.   Outpatient Laboratory, Radiology and Other Diagnostic Services

The payment amounts due to the Hospital for Medically Necessary services of these types will be computed by multiplying the percentages specified in Section B by the applicable Medicare fee schedules for Federal FY 1997. The Hospital will be required to bill for these services using the appropriate CPT-4 and revenue codes submitted on a UB-92 claim form.

For the HMO network only, the technical component payment rate for outpatient non-therapeutic radiology services for HMO members will be negotiated with and reimbursed to the Hospital by the hospital-contracted professional radiology group receiving global reimbursement from the Corporation. The Hospital will refrain from submitting a UB-92 claim form to Corporation for these services.

e.   Observation Services

The payment amount due to the Hospital for Medically Necessary observation services shall be the payment amount specified in Section B (6), below. Additional payments will be made for any Medically Necessary ancillary services that are provided to observation patients; provided, however, that any such services must be billed under the appropriate revenue code using the applicable CPT-4 code for those services and will be paid for in accordance with the applicable fee schedule or POC rate. If a member is admitted to the hospital during or at the end of an observation period, the Hospital will not be entitled to receive compensation for the observation services, or for any related ancillary services provided during the observation stay, in addition to the otherwise applicable inpatient payment amount. Observation periods will not be counted in the determination of inpatient lengths of stay.

4

| Hospital: WHC | CareFirst |
|---|---|
| Initials: EKW | Initials: [illegible] |

f.  Other Outpatient Services

The payment amounts due to the Hospital for any outpatient Medically Necessary Covered Services not encompassed by the Payment Methodologies stated elsewhere in this Section, or any outpatient services where CareFirst is unable to pay on the basis of the prescribed methodologies, will be equal to the Hospital's billed charges for such services multiplied by the "percentage of charges" (POC) specified in Section B. Outpatient transportation services, including air ambulance and ground transportation services, are specifically excluded from this Agreement and are the subject of a separate agreement.

g.  Equivalent Percentage of Charges (POC) Payment for Outpatients

If CareFirst (or an affiliated entity that gains access to the Provider Networks covered by this Appendix B pursuant to Section 5.3 of the Hospital Participation Agreement) is unable to pay for outpatient Medically Necessary Covered Services on the basis of the above-specified payment methodologies, it shall be entitled to pay at an equivalent percentage of the Hospital's billed charges for such services. The equivalent inpatient percentages of charges (POC) rates that will apply to CareFirst's products are specified in Section B. These POC rates may be adjusted up or down at the request of either party-- with sufficient data supporting such an adjustment, on a prospective basis only and not more than once every six months-- as needed to more accurately produce equivalent payments.

## B. PAYMENT SCHEDULES

CareFirst will pay the following amounts, less any applicable Member obligations, to the Hospital for Medically Necessary Covered Services provided to Members during the specified calendar years.

1.  Inpatient Services

| Contract Time Frame | PAR/PPO | HMO |
| --- | --- | --- |
| 1/1/03 – 6/30/03 | $7,738 | $5,467 |
| 7/1/03 – 12/31/03 | $7,163 | $4,892 |
| 1/1/04 – 12/31/04 | $7,593 | $5,186 |
| CY 2003 ICAF | NA | NA |
| CY 2004 ICAF | NA | NA |

Equivalent Inpatient POC:   70%- All Products for CY 2003 and CY 2004

5

Hospital: WHC
Initials: EVW

CareFirst
Initials: [signature]

2. Outpatient Services

    a. Emergency Room

| | |
|---|---|
| CY 2003 ER Visit Fee | $300 |
| CY 2004 ER Visit Fee | $318 |

The above-specified ER Visit Fees will be applicable across all Provider Networks and Health Benefit Plans.

    b. Clinic/Urgent Care

| | |
|---|---|
| CY 2003 Clinic Visit Fee | $30 |
| CY 2004 Clinic Visit Fee | $35 |

The above-specified Clinic/Urgent Care Visit Fees will be applicable across all Provider Networks and associated Health Benefit Plans.

    c. Ambulatory Surgery

| ASC | CY 2003 | CY 2004 |
|---|---|---|
| One | $410 | $422 |
| Two | $550 | $566 |
| Three | $630 | $649 |
| Four | $775 | $798 |
| Five | $885 | $912 |
| Six | $835 | $860 |
| Seven | $1,225 | $1,262 |
| Eight | $1,015 | $1,076 |
| Nine* | $2,080 | $2,142 |
| Ten* | $2,675 | $2,755 |

*Note: The following CPT-4 codes will be paid at the Group Nine payment amount: 23420, 23455, 29805, 29819-29826, 29830, 29834-29838, 29840, 29843-29848, 29850, 29851, 29855, 29856, 29860-29863, 29870, 29871, 29874-29877, 29879-29889, 29894, 29895, 29897, 29898, 44970, 49320-49322, 49650, 49651, 58551, 58660-58662 and 58671. The following CPT-4 codes will be paid at the Group Ten payment amount: 47562-47564 and 50590.

The above-specified Ambulatory Surgery rates will be applicable across all Provider Networks and associated Health Benefit Plans.

6

Hospital: WHC
Initials: *[signature]*

CareFirst
Initials: *[signature]*

d. Outpatient Laboratory, Radiology and Other Diagnostic Services

The payment amount for Clinical Diagnostic Laboratory Services shall be the percentage specified below of the Medicare Clinical Diagnostic Laboratory fee schedule amounts in force for Federal FY 1997. The payment amount for Radiology and Other Diagnostic Services (e.g., EKGs, EEGs, Holter monitors, etc. as defined by Medicare) shall be the specified percentages of the applicable Medicare Physician Fee Schedule global service amounts in force for Federal FY 1997. These payment amounts shall be applicable across all Provider Networks and associated Health Benefit Plans.

- Clinical Diagnostic Laboratory

    CY 2003     117% of the FFY 1997 Medicare Fee Schedule
    CY 2004     121% of the FFY 1997 Medicare Fee Schedule

- Radiology*

    CY 2003     117% of the FFY 1997 Medicare Fee Schedule
    CY 2004     121% of the FFY 1997 Medicare Fee Schedule

*Note: However for HMO Members rendered outpatient radiology services, facility reimbursement will be by hospital-contracted radiology group negotiated rate.

- Other Diagnostic Services

    CY 2003     117% of the FFY 1997 Medicare Fee Schedule
    CY 2004     121% of the FFY 1997 Medicare Fee Schedule

f. Observation Services

The payment amount due to the Hospital for each Observation Period of twenty-four (24) hours or less shall be the Hospital's billed charges for Medically Necessary Observation services multiplied by the Other Outpatient Services percentage amount specified in Section B-2 (g) below.

These payment rates shall apply to all Provider Networks and associated Health Benefit Plans.

g. Other Outpatient Services

Any outpatient Medically Necessary Covered Services not covered by the above-described outpatient payment rates and methodologies will be paid for at the level of seventy percent (70%) of the Hospital's billed charges for the Washington Hospital

7

Hospital: WHC
Initials: _ELW_

CareFirst
Initials: _TJPF_

Center. These percentage rates shall apply to all Provider Networks and associated Health Benefit Plans.

  h.  Equivalent Outpatient POC: 70%-All Products for All Years (CY 2003–CY 2004)

## C. ASSOCIATED TERMS AND CONDITIONS

The Hospital's eligibility to participate in the Provider Networks referred to in Section B and elsewhere in this Appendix B is conditioned on the willingness of its Hospital-based physicians (radiologists, pathologists, anesthesiologists, ER physicians, etc.) to participate in those Provider Networks and their associated Health Benefit Plans on the financial and other terms generally established by CareFirst for such types of physicians during the time periods covered by the Payment Schedules specified in Section B.

Either party shall have the right to conduct audits of medical coding and DRG and CPT-4 assignments that affect payments under this Agreement. The party that elects to initiate the audit will be required to notify the other party, in accordance with the requirements of this Agreement regarding audits; will be required to employ the services of an independent firm with experience in performing such audits if a claim for adjustments in the Payment Rates specified in this Agreement is to be made, and will be required to pay for the services of the audit firm. The audits shall be conducted using statistically appropriate designs and the results shall be shared between the parties. CareFirst reserves the right to monitor the Hospital's medical coding practices and may initiate negotiations with Hospital if it believes adjustments to payment levels are necessary to offset the effects of upcoding or other activities that would increase payments without real increases in the complexity and expected resource intensity requirements of CareFirst Members who are Hospital's patients. Hospital is required to notify Corporation in writing within thirty (30) days of being cited for coding irregularities by Medicare or Medicaid. Similarly, CareFirst will monitor changes in the Hospital's charge levels on an ongoing basis throughout the time periods covered by the Payment Schedules on a casemix-adjusted basis (by DRG and CPT-4 code). CareFirst reserves the right to change the .57 factor used in the determination of outlier payments and/or the outpatient "percentage of charges" (POC) amounts applicable to Other Outpatient Services as necessary to hold CareFirst's payments and those of its affiliated entities to those that would have been made had the Hospital's charge increases been equal to not more than five percent (5%) annually for the time periods covered by Section B. Corporation shall have the right to obtain detailed statements of charges, coded appropriate to services rendered (e.g., by CPT-4 code), as needed to determine the Hospital's compliance with this limitation and shall have the right to recover any related overpayments that are identified from the Hospital by check or by other mutually acceptable methods after giving the Hospital the opportunity to review and appeal any such recoveries in accordance with the Agreement.

\* \* \* \* \* \* \*

Hospital: WHC
Initials: _EUW_

CareFirst
Initials: _____

```
*********************************************************************************
*                                                                      P.01      *
*                            TRANSACTION REPORT                                   *
*                            _____                                  *
*                                                    NOV-23-2005 WED 07:21 AM    *
*         RECEIVE                                                                 *
*                                                                                 *
*    DATE  START    SENDER              RX TIME   PAGES TYPE      NOTE       M# DP*
*    _____  *
*    NOV-23 07:08 AM 410 872 4106        13'29"    36  RECEIVE    OK              *
*                                                                                 *
*********************************************************************************
```