UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANDREA RILEY** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Case No. 1:05 CV 01444 HHK |
| | : | |
| **WASHINGTON HOSPITAL CENTER,** | : | |
| **CORPORATION** | : | |
| | : | |
| Defendant | : | |

..................................................................................................................................

| | |
|---|---|
| **WASHINGTON HOSPITAL CENTER,** | : |
| **CORPORATION** | : |
| | : |
| Third Party Plaintiff | : |
| | : |
| vs. | : |
| | : |
| **WILLSE & ASSOCIATES, INC.** | : |
| **d/b/a / NATIONAL CLAIMS** | : |
| **ADMINISTRATIVE SERVICES** | : |
| | : |
| Third Party Defendant**:** | |

### CONSENT MOTION

**THIRD PARTY PLAINTIFF WASHINGTON HOSPITAL CENTER, CORPORATION'S CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO THIRD PARTY DEFENDANT WILLSE & ASSOCIATES, INC. d/b/a NATIONAL CLAIMS ADMINISTRATION SERVICES' MOTION TO STAY AND ORDER ARBITRATION**

Third Party Plaintiff Washington Hospital Center, Corporation ("WHCC") by and through its

counsel, Rubin & Rubin, P.C. and Lawrence E. Rubin, respectfully moves this Honorable Court for entry

of an Order extending the time to respond to Third Party Defendant Willse & Associates, Inc., d/b/a

National Claims Administrative Services' ("NCAS") Motion To Stay And Order Arbitration to February 3, 2006 and as grounds therefore respectfully states:

1. Third Party Defendant NCAS filed a Motion To Stay And Order Arbitration ("Motion") against Third Party Plaintiff WHCC on January 11, 2006. The time to respond to the Motion has not expired and this Consent Motion is timely.

2. Counsel for all parties have recently begun discussing the possibility of employing alternative dispute resolution procedures, including submitting all claims to voluntary, private binding arbitration, with dismissal of all claims in this civil action.

3. Third Party Plaintiff WHCC is requesting a brief extension of time to respond to Third Party Defendant NCAS's Motion to give the parties an opportunity to discuss and finalize a procedure to resolve this case extrajudicially, which, if successful, would eliminate the need for Third Party Plaintiff WHCC to respond to the Motion To Stay And Order Arbitration, and would better allocate the Court's scarce judicial resources.

4. The next scheduled Court event is an Initial Scheduling Conference on February 2, 2006 at 9:45 AM. Counsel is <u>not</u> requesting a postponement of that conference. If the parties are unable to resolve all claims extrajudicially a case tracking schedule will be set at the Initial Scheduling Conference and these judicial proceedings will not be delayed. No party will be prejudiced by granting Third Party Plaintiff WHCC's Motion.

5. Pursuant to Local Rule 7.1(m) this is to certify that on January 18, 2006 the undersigned counsel telephoned counsel for Third Party Defendant NCAS, Charles J. Steele, Esquire to discuss the reasons

for an extension of time to respond to Third Party Defendant NCAS's Motion. Mr. Steele stated that he consented to an extension of time to respond. Also, on January 19, 2006, prior to filing the herein Motion, undersigned counsel electronically delivered a copy of the Motion, Statement of Points and Authorities and proposed Consent Order to Mr. Steele for his review and consent and on the same day Mr. Steele authorized the undersigned counsel to represent to the Court that he has reviewed and consents to the herein Motion.

6. Although Third Party Defendant NCAS's Motion is directed only at Third Party Plaintiff WHCC, and consequently if this Motion To Extend The Time To Respond is granted Plaintiff Andrea Riley will not be adversely affected, on January 19, 2006 prior to filing the herein Motion, undersigned counsel electronically delivered a copy of the Motion, Statement of Points and Authorities and proposed Consent Order to Michael L. Avery, Sr., Esquire, counsel for Plaintiff Andrea Riley, for his review and consent. On the same day Mr. Avery authorized the undersigned counsel to represent to the Court that he has reviewed and consents to the herein Motion.

**WHEREFORE**, for the foregoing reasons Third Party Plaintiff Washington Hospital Center, Corporation respectfully requests entry of the attached Consent Order extending the time to respond to Third Party Defendant Willse & Associates, Inc., d/b/a National Claims Administrative Services' Motion To Stay And Order Arbitration.

        Respectfully submitted,

        **RUBIN & RUBIN, P.C.**
        Counsel for Defendant & Third Party Plaintiff
        Washington Hospital Center, Corporation

By: _____

Lawrence E. Rubin, #27441
8404 Georgia Avenue
Silver Spring, MD 20910-4465
Tel. (301) 585-3822
Fax (301) 588-8406
E-mail: lawrencerubin@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion, Statement of Points and Authorities and proposed Order was sent via first class mail, postage prepaid this **19th** day of **January, 2006** to the following counsel of record:

Michael L. Avery, Sr., Esquire
Avery & Associates
1331 H Street, N.W.
Suite 902
Washington, D.C.  20005
Counsel for Plaintiff Andrea Riley

Charles J. Steele, Esquire
Litigation General Counsel
840 1st Street, N.E.
Washington, D.C.  20065
Counsel for Third Party Defendant Willse & Associates, Inc.
d/b/a National Claims Administrative Services

　　　　　　　　　　　　　　　　　　　　　Lawrence E. Rubin

4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ANDREA RILEY** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Case No.  1:05 CV 01444 HHK |
| | : | |
| **WASHINGTON HOSPITAL CENTER,** | : | |
| **CORPORATION** | : | |
| | : | |
| Defendant | : | |

..................................................................................................................

| | |
|---|---|
| **WASHINGTON HOSPITAL CENTER,** | : |
| **CORPORATION** | : |
| | : |
| Third Party Plaintiff | : |
| | : |
| vs. | : |
| | : |
| **WILLSE & ASSOCIATES, INC.** | : |
| **d/b/a / NATIONAL CLAIMS** | : |
| **ADMINISTRATIVE SERVICES** | : |
| | : |
| Third Party Defendant**:** | |

**THIRD PARTY PLAINTIFF WASHINGTON HOSPITAL CENTER,**
**CORPORATION'S STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT**
**OF ITS <u>CONSENT</u> MOTION TO EXTEND THE TIME TO RESPOND TO**

5

## THIRD PARTY DEFENDANT WILLSE & ASSOCIATES, INC., d/b/a NATIONAL CLAIMS ADMINISTRATIVE SERVICES' MOTION TO STAY AND ORDER ARBITRATION

1. Rule 6, FRCP

2. Rule 7, FRCP

3. Local Civil Rule 7.1

4. The complete record herein.

                                        Respectfully submitted,

                                        **RUBIN & RUBIN, P.C.**
                                        Counsel for Defendant & Third Party Plaintiff
                                        Washington Hospital Center, Corporation

By: _____
                                        Lawrence E. Rubin, D.C. Bar #27441