UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANDREA RILEY** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Case No. 1:05 CV 01444 HHK |
| | : | |
| **WASHINGTON HOSPITAL CENTER, CORPORATION** | : | |
| | : | |
| Defendant | : | |

..................................................................................................................................

| | | |
|---|---|---|
| **WASHINGTON HOSPITAL CENTER, CORPORATION** | : | |
| | : | |
| Third Party Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| **WILLSE & ASSOCIATES, INC. d/b/a / NATIONAL CLAIMS ADMINISTRATIVE SERVICES** | : | |
| | : | |
| Third Party Defendant | **:** | |

**O R D E R**

Upon consideration of Third Party Plaintiff Washington Hospital Center, Corporation's

Consent Motion To Extend The Time To Respond to Third Party Defendant Willse & Associates, Inc.

d/b/a National Claims Administrative Services' ("NCAS") Motion To Stay And Order Arbitration, and

the consent of Third Party Defendant NCAS and Plaintiff Andrea Riley having been given, it is by the

United States District Court for the District of Columbia

this _____ day of _____ , 2006,

Case No. 1:05 CV 01444  HHK
Order
Page 2 of 2

**ORDERED**, that Third Party Plaintiff Washington Hospital Center, Corporation's Motion To Extend the Time To Respond to the Motion To Stay And Order Arbitration be, and the same hereby is, GRANTED; and it is

**FURTHER ORDERED**, that Third Party Plaintiff Washington Hospital Center, Corporation shall respond to Third Party Defendant NCAS's Motion To Stay And Order Arbitration on or before February 3, 2006.

                                                                              _____
                                                                              Henry H. Kennedy, District Judge
                                                                              United States District Court for the District of Columbia

Copies to:

Lawrence E. Rubin, Esquire
RUBIN & RUBIN, P.C.
8404 Georgia Avenue
Silver Spring, MD 20910-4465
Counsel for Defendant Washington Hospital Center, Corporation

Charles J. Steele, Esquire
Litigation General Counsel
840 1st Street, N.E.
Washington, D.C.  20065
Counsel for Third Party Defendant Willse & Associates, Inc.
d/b/a National Claims Administrative Services

Michael L. Avery, Sr., Esquire
Avery & Associates
1331 H Street, N.W.
Suite 902
Washington, D.C.  20005
Counsel for Plaintiff Andrea Riley