UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ANDREA RILEY

    Plaintiff                      Case No. 1:05 CV 01444 HHK

v.

WASHINGTON HOSPITAL CENTER,
CORPORATION

    Defendant and Third Party Plaintiff

v.

WILLSE & ASSOCIATES, INC., d/b/a NCAS

    Third Party Defendant

## CONSENT MOTION TO CONTINUE SCHEDULING CONFERENCE

**COMES NOW**, the Plaintiff, Andrea Riley, by and through counsel and moves this Honorable Court to continue the Scheduling Conference of this matter, now set for February 2, 2006.

As grounds therefore, Plaintiff would respectfully refer the Court to the attached Memorandum of Points and Authorities.

Respectfully submitted,

*/s/ Michael L. Avery*

Michael L. Avery, Sr.
D.C. Bar Number 447083
1331 H Street, N.W.
Suite 902
Washington, D.C. 20005
(202) 393-4600
Counsel for Plaintiff

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ANDREA RILEY

    Plaintiff

    v.           Case No. 1:05 CV 01444 HHK

WASHINGTON HOSPITAL CENTER,
CORPORATION

    Defendant and Third Party Plaintiff

    v.

WILLSE & ASSOCIATES, INC., d/b/a NCAS

    Third Party Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO CONTINUE SCHEDULING CONFERENCE

1. That this cause of action involves a claim by Plaintiff Andrea Riley for violation of the Fair Debt Collection Practices Act, a Counter Claim for damages by Defendant Washington Hospital Center as well as a Third Party Claim by Washington Hospital Center against Willse & Associates, Inc., d/b/a NCAS.

2. That Counsel for all parties have actively engaged in discussions to resolve this matter by means of a global settlement or through private, binding arbitration.

3. That Counsel for all parties are of the opinion and belief that either a global settlement agreement or an agreement to submit all issues to private, binding arbitration will be reached in the near future and prior to the February 2, 2006 Scheduling Conference

4. That Counsel for all parties consent to this motion.

**WHEREFORE**, the above grounds considered, the Parties moves this Honorable Court to continue the Scheduling Conference currently set for February 2, 2006.

Respectfully submitted,

*/s/ Michael L. Avery*

Michael L. Avery, Sr.
D.C. Bar Number 447083
1331 H Street, N.W.
Suite 902
Washington, D.C. 20005
(202) 393-4600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2006, a copy of the foregoing Plaintiff's Consent Motion to Continue, Memorandum of Points and Authorities in Support of said Motion, and Proposed Order were mailed, first class, postage prepaid to:

Lawrence E. Rubin, Esquire
8404 Georgia Avenue
Silver Spring, Maryland 20910

Charles J. Steele, Esquire
840 I Street, N.E.
Washington, D.C. 20065

_____
Michael L. Avery, Sr., Esquire

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ANDREA RILEY

    Plaintiff

    v.                        Case No. 1:05 CV 01444 HHK

WASHINGTON HOSPITAL CENTER,
CORPORATION

    Defendant and Third Party Plaintiff

    v.

WILLSE & ASSOCIATES, INC., d/b/a NCAS

    Third Party Defendant

### ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion to continue the Scheduling Conference in this matter, it is, this _____ day of January, 2006 by the United States District Court for the District of Columbia,

    **ORDERED**, that the above cause of action be continued to _____.

_____
Judge Henry H. Kennedy, Jr.

cc: Michael L. Avery, Sr., Esquire
1331 H Street, N.W.
Suite 902
Washington, D.C. 20005

Lawrence E. Rubin, Esquire
8404 Georgia Avenue
Silver Spring, Maryland 20910

Charles J. Steele, Esquire
840 I Street, N.E.
Washington, D.C. 20065