UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANDREA RILEY** | : | |
| | : | |
| Plaintiff and | : | |
| Counterclaim Defendant | : | |
| | : | |
| vs. | : | Case No.  1:05 CV 01444 HHK |
| | : | Judge Henry H. Kennedy |
| **WASHINGTON HOSPITAL CENTER, CORPORATION** | : | |
| | : | |
| Defendant and Counterclaim Plaintiff | **:** : | |

.............................................................................................................................

| | | |
|---|---|---|
| **WASHINGTON HOSPITAL CENTER, CORPORATION** | : | |
| | : | |
| Third Party Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| **WILLSE & ASSOCIATES, INC. d/b/a /  NATIONAL CLAIMS ADMINISTRATIVE SERVICES** | : : : | |
| | : | |
| Third Party Defendant  **:** | | |

### STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL

It is hereby stipulated between and among the undersigned counsel for Plaintiff and

Counterclaim Defendant ANDREA RILEY ("Riley"); Defendant, Counterclaim Plaintiff and Third

Party Plaintiff WASHINGTON HOSPITAL CENTER, CORPORATION ("WHCC"); and Third

Party Defendant WILLSE & ASSOCIATES, INC., d/b/a NATIONAL CLAIMS

ADMINISTRATIVE SERVICES ("NCAS") that

    1. Riley, WHCC and NCAS have settled all claims in this action.

    2. This action and all of the claims set forth in the Complaint, Counterclaim and Third Party Complaint may be, and hereby are, voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1) and ( c).

    3. Each party shall bear her or its own attorney's fees and costs.

                                      For Plaintiff ANDREA RILEY

   February 16, 2006                  By:    "/s/"
Date                                              Michael L. Avery, Sr., Esquire
                                                    Avery & Associates
                                                    1331 H Street, N.W., Suite 902
                                                    Washington, D.C. 20005
                                                    Tel. 202/393-4600
                                                    Fax 202/393-3633

                                                   For Defendant, Counterclaim Plaintiff and Third Party Plaintiff WASHINGTON HOSPITAL CENTER, CORPORATION

   January 30, 2006                 By:    "/s/"
Date                                                   Lawrence E. Rubin, Esquire #27441
                                                   RUBIN & RUBIN, P.C.
                                                   8404 Georgia Avenue
                                                   Silver Spring, MD 20910
                                                   Tel.  301/585-3822
                                                   Fax  301/588-8406

                                                 For Third Party Defendant WILLSE & ASSOCIATES, INC., d/b/a NATIONAL CLAIMS ADMINISTRATIVE SERVICES

   February 23, 2006                By:    "/s/"
Date                                                   Charles J. Steele, Esquire

Litigation General Counsel
840 1st Street, N.E.
Washington, D.C. 20065
Tel. 202/680-7457
Fax 202/680-7620