UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANDREA RILEY** | : | |
| | : | |
| Plaintiff and | : | |
| Counterclaim Defendant | : | |
| | : | |
| vs. | : | Case No. 1:05 CV 01444 HHK |
| | : | Judge Henry H. Kennedy |
| **WASHINGTON HOSPITAL CENTER,** | : | |
| **CORPORATION** | : | |
| | : | |
| Defendant and Counterclaim | : | |
| Plaintiff | : | |

........................................................................................................................

| | |
|---|---|
| **WASHINGTON HOSPITAL CENTER,** | : |
| **CORPORATION** | : |
| | : |
| Third Party Plaintiff | : |
| | : |
| vs. | : |
| | : |
| **WILLSE & ASSOCIATES, INC.** | : |
| d/b/a / **NATIONAL CLAIMS** | : |
| **ADMINISTRATIVE SERVICES** | : |
| | : |
| Third Party Defendant | : |

## O R D E R

Upon consideration of the Stipulation And Notice of Voluntary Dismissal filed jointly by Plaintiff and Counterclaim Defendant Andrea Riley; Defendant, Counterclaim Plaintiff and Third Party Plaintiff Washington Hospital Center, Corporation; and Third Party Defendant Willse & Associates, Inc. d/b/a National Claims Administrative Services, and it appearing to the Court that the Stipulation And Notice

of Voluntary Dismissal is a final disposition as to all claims of all

Order, p. 2
Case No. 1:05 CV 01444 HHK

parties to this action, it is by the United States District Court for the District of Columbia this

_____ day of _____ , 2006,

      **ORDERED**, that this action is hereby dismissed, with prejudice.

                                              Henry H. Kennedy, District Judge
                                              United States District Court for the District of Columbia

Copies to:

Lawrence E. Rubin, Esquire
RUBIN & RUBIN, P.C.
8404 Georgia Avenue
Silver Spring, MD 20910-4465
Counsel for Defendant Washington Hospital Center, Corporation

Charles J. Steele, Esquire
Litigation General Counsel
840 1st Street, N.E.
Washington, D.C. 20065
Counsel for Third Party Defendant Willse & Associates, Inc.
d/b/a National Claims Administrative Services

Michael L. Avery, Sr., Esquire
Avery & Associates

1331 H Street, N.W.
Suite 902
Washington, D.C.  20005
Counsel for Plaintiff Andrea Riley